EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte | |
| :--- | :--- |
| | 2011 TSPR 19 |
| Yisel Castro Toledo | 180 DPR ____ |

Número del Caso: EM-2011-01

Fecha: 25 de enero de 2011

Junta Examinadora de Aspirantes al
Ejercicio de la Abogacía y la Notaría:

Lcdo. Héctor Rodríguez Mulet
Director Ejecutivo

Abogado de la Aspirante:

Lcdo. Pedro Castro Toledo

Materia: Resolución Procedente de la Junta Examinadora de Aspirantes
Al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo
que está sujeto a los cambios y correcciones del proceso de
compilación y publicación oficial de las decisiones del Tribunal.
Su distribución electrónica se hace como un servicio público a la
comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Yisel Castro Toledo                    EM-2011-01

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de febrero de 2011.

El 17 de diciembre de 2010, luego de los trámites de rigor, la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría (Junta Examinadora) emitió una resolución en la cual concluyó que la aspirante Yisel Castro Toledo violó la Regla 9.3.1(d) del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría (1998),[1] 4 L.P.R.A. Ap. XVII-B R. 9.3.1(d)(el Reglamento). Esto, debido a que la aspirante Castro Toledo fue hallada en posesión de un teléfono celular y un transmisor (*bluetooth*) durante la administración del segundo periodo del examen de reválida general, ofrecido los días 14, 15 y 16 de septiembre de 2010.

Mediante la referida resolución, y conforme a la Regla 9.1.1 del Reglamento, la Junta Examinadora resolvió invalidar los exámenes de Derecho General

---

1Esta regla dispone: "Las siguientes actuaciones, entre otras, constituirán una conducta que viola las normas de administración de los exámenes y estarán sujetas a penalidades: […] (d) tener consigo, durante la administración del examen de reválida, cualquier equipo electrónico o de comunicación o cualquier otro artículo prohibido por la Junta".

y Derecho Notarial tomados por la aspirante Castro Toledo en septiembre de 2010. Además, dispuso que el caso fuese referido a este Tribunal para que pudiéramos tomar cualquier otra determinación que entendiéramos procedente. Conforme a lo anterior, el 20 de diciembre de 2010, el Director Ejecutivo de la Junta Examinadora, Lic. Héctor Rodríguez Mulet, remitió a este Tribunal copia de la resolución aludida.

Mientras este asunto estaba sometido ante este Tribunal, el licenciado Rodríguez Mulet nos informó que la aspirante Castro Toledo sometió a la Junta Examinadora una *Solicitud de Readmisión* a los exámenes de Derecho General y Derecho Notarial que serían administrados en marzo de 2011.

Examinada detenidamente la Resolución de la Junta Examinadora del 17 de diciembre de 2010, y tomando en consideración que la aspirante violó la Regla 9.3.1 (d) del Reglamento, *supra*, se deniega la Solicitud de Readmisión de la Sra. Yisel Castro Toledo a los exámenes de marzo de este año.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


                                   Aida Ileana Oquendo Graulau
                                   Secretaria del Tribunal Supremo